STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3803   AND FILED ON   5/15/2007

THE GUARDIAN NEWS, INC.,

Vs.

TOWN OF NORTH SALEM, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 12:14PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
TOWN OF NORTH SALEM, NEW YORK   (herein called recipient) therein named.
At Location: 266 TITICUS ROAD
NORTH SALEM NY

By delivering to and leaving with PATRICIA BUTLER and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BROWN/BLOND
Age 50   Height 5'4"
Weight 120   Other Features

Sworn to before me on 5/23/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4663055
Qualified in Westchester County
Commission Expires September 30, 2010

_Gary Williams_ (signature)
Gary Williams
Server's License#: