UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE GUARDIAN NEWS,

                            Plaintiff,

  -against-

TOWN OF NORTH SALEM,

                           Defendant.
-----------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 3803 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendant, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       June 7, 2007

                                            MIRANDA SOKOLOFF SAMBURSKY
                                            SLONE VERVENIOTIS, LLP
                                            Attorneys for Defendant

                                            By: _____
                                               BRIAN S. SOKOLOFF (bss-7147)
                                          240 Mineola Boulevard
                                          The Esposito Building
                                          Mineola, New York 11501
                                          (516) 741-7676
                                          Our File No. 07-399

TO: LOVETT & GOULD, LLP
 222 Bloomingdale Road
 White Plains, New York 10605fa

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NASSAU     )

**MERLISA ANDREWS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

That on June 7, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**MERLISA ANDREWS**

Sworn to before me this 7th day
of June, 2007.

_____
NOTARY PUBLIC

BRIAN S. SOKOLOFF
Notary Public, State of New York
No. 02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009